UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAJDY NASSER,

        Plaintiff,

    -against-                    **NOTICE OF SETTLEMENT**

GC SERVICES, LP,                Case 7:11-cv-00338-JFM

        Defendant.

NOW COMES the Plaintiff, WAJDY NASSER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

    Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED: February 17, 2011        RESPECTFULLY SUBMITTED,

                                      By:  /s/ Adam T. Hill_____
                                            Adam T. Hill,
                                            Attorney for Plaintiff
                                            Krohn & Moss, Ltd.
                                            120 W. Madison St., 10th Fl.
                                            Chicago, IL 60602
                                            phone: (312) 578-9428
                                            fax: (866) 802-0021
                                            e-mail: ahill@consumerlawcenter.com

## CERTIFICATE OF SERVICE

        I hereby certify that on February 17, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on February 17, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

        By: /s/ Adam T. Hill
            Adam T. Hill