UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAJDY NASSER,<br><br>              Plaintiff,<br><br>      -against-<br><br>GC SERVICES, LP,<br><br>              Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 7:11-cv-00338-JFM |

Wajdy Nasser (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC Services, LP (Defendant), in this case.

Both sides to bear their own costs and expenses.

Dated: April 1, 2011            RESPECTFULLY SUBMITTED,

By:    /s/ Adam T. Hill
Adam T. Hill
Krohn & Moss, Ltd.
120 W. Madison St., 10th Fl.
Chicago, IL 60602
Tel.: 312-578-9428
Fax: 866-802-0021
ahill@consumerlawcenter.com
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

       I hereby certify that on April 1, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on April 1, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Adam T. Hill
Adam T. Hill